IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.  09-cv-02479-PAB

ADRIAN JAMES,

      Applicant,

vs.

GEORGE DUNBAR, and
JOHN SUTHERS,   the Attorney General of the State of Colorado

      Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

      Upon careful examination of the record, it appears that the disposition of the above captioned case is now final.  It is, therefore

      **ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this ____ _18th_ ____ day of ____ _June_ _____, _2014_ .

BY THE COURT:

Philip A. Brimmer
United States District Judge